# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

RIGOBERTO MORFIN-RODRIGUEZ, a/k/a "RIGO,"
GILBERTO MORFIN-RODRIGUEZ, a/k/a "GIL,"
JUAN M. VARGAS, a/k/a "JUANITO,"
JOSE NOEL VICTORIA JR., a/k/a "PEPE MONIKER", "EL GORDO,"
MIGUEL ARTEAGA, a/k/a "EL CHUECO,"
TEODORO CARDENAS, a/k/a "COMPADRE,"
JOSE GALLARDO CARDENAS, a/k/a "PEPE,"
GUADALUPE JUAN ARTEAGA,
OCTAVIANO VARGAS BARAJAS, a/k/a "TAVO,"
JERRY T. HUNTER, a/k/a "EL NEGRO,"
KERRY FELKER,
JESUS MENDOZA, a/k/a "CHUY," and
GEOVANE ROJAS

**CRIMINAL COMPLAINT**

M.J. No.:

2005 M 0419 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about **July 2004 to in or about March 2005** in **Fitchburg, Leominster** and elsewhere in the District of **Massachusetts**, defendants did, (Track Statutory Language of Offense)

**Conspire with each other and other known and unknown persons to possess with intent to distribute and distribute marijuana, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance,**

in violation of Title **21** United States Code, Sections **846, 841(a)(1)**.

I further state that I am a **Task Force Officer - DEA**
Official Title

and that this complaint is based on the following facts:

**Please see attached Affidavit of Task Force Officer Jamie P. Vitale.**

Continued on the attached sheet and made a part hereof: [x] Yes   [ ] No

_____
Signature of Complainant
Jamie P. Vitale
Task Force Officer - DEA

Sworn to before me and subscribed in my presence,

**March 12, 2005** at **4:02 pm**      **Boston, Massachusetts**
Date                                    City and State

ROBERT B. COLLINGS
United States Magistrate Judge         _____
Name and Title of Judicial Officer      Signature of Judicial Officer

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210