UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RIGOBERTO MORFIN-RODRIGUEZ, a/k/a "RIGO,")<br>GILBERTO MORFIN-RODRIGUEZ, a/k/a "GIL," )<br>JUAN M. VARGAS, a/k/a "JUANITO," )<br>JOSE NOEL VICTORIA JR., )<br>   a/k/a "PEPE MONIKER", "EL GORDO," )<br>MIGUEL ARTEAGA, a/k/a "EL CHUECO," )<br>TEODORO CARDENAS, a/k/a "COMPADRE," )<br>JOSE GALLARDO CARDENAS, a/k/a "PEPE," )<br>GUADALUPE JUAN ARTEAGA, )<br>OCTAVIANO VARGAS BARAJAS, a/k/a "TAVO," )<br>JERRY T. HUNTER, a/k/a "EL NEGRO," )<br>KERRY FELKER, )<br>JESUS MENDOZA, a/k/a "CHUY," and )<br>GEOVANE ROJAS ) | M.J. No.<br><br>2005-M-0419-RBC |

**MOTION TO SEAL**

The United States of America respectfully moves this Court to to seal the criminal complaint in the captioned matter. In support of this motion, the government states that this matter concerns an ongoing investigation.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Denise Jefferson Casper
DENISE JEFFERSON CASPER
Assistant U.S. Attorney

Date: March 12, 2005

MAR 12 2005

*[Handwritten notation:]* ALLOWED as to the affidavit in support of the Complaint; otherwise, DENIED. The face sheet of the Complaint is not sealed. /s/ RBC USMJ