# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                              MAGISTRATE JUDGE'S DOCKET
                                     NO. 2005 M 0419RBC

RIGOBERTO MORFIN-RODRIGUEZ,
    ETC., ET AL.,
        Defendants.

## ORDER OF TRANSFER

COLLINGS, U.S.M.J.

    The United States Attorney presented the Complaint in the above-styled case, which involves alleged crimes which are centered in Worcester County, Massachusetts, to me on Saturday, March 12, 2005 as the Boston emergency magistrate judge. The United States Attorney's action was improper. The matter should have been presented to the resident United States magistrate judge at Worcester, Chief Magistrate Judge Charles B. Swartwood, III.

    When the undersigned realized the United States Attorney's error, he called Judge Swartwood, and it was agreed that the undersigned would take

care of issuing the Complaint but that the matter thereafter would be transferred to Chief Magistrate Judge Swartwood for all subsequent proceedings and that all subsequent proceedings would be held at the United States District Court in Worcester.

Accordingly, after the above-styled case is opened and the Complaint docketed, it is ORDERED that the Clerk transfer the case from the undersigned to Chief Magistrate Judge Swartwood at Worcester. After said transfer. the case shall be denoted "Magistrate Judge's Docket No. 2005 M 0419 CBS."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: March 14, 2005.