UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2005M0419 RBC |
| | ) |
| RIGOBERTO MORFIN-RODRIGUEZ, a/k/a "RIGO," | ) |
| GILBERTO MORFIN-RODRIGUEZ, a/k/a "GIL," | ) |
| JUAN M. VARGAS, a/k/a "JUANITO," | ) |
| JOSE NOEL VICTORIA JR., | ) |
| a/k/a "PEPE MONIKER", "EL GORDO," | ) |
| MIGUEL ARTEAGA, a/k/a "EL CHUECO," | ) |
| TEODORO CARDENAS, a/k/a "COMPADRE," | ) |
| JOSE GALLARDO CARDENAS, a/k/a "PEPE," | ) |
| GUADALUPE JUAN ARTEAGA, | ) |
| OCTAVIANO VARGAS BARAJAS, a/k/a "TAVO," | ) |
| JERRY T. HUNTER, a/k/a "EL NEGRO," | ) |
| KERRY FELKER, | ) |
| JESUS MENDOZA, a/k/a "CHUY," and | ) |
| GEOVANE ROJAS | ) |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to to unseal the criminal complaint, affidavit in support of criminal complaint, search warrants, applications for search warrants and arrest warrants in the captioned matter. The government does not seek to unseal any other aspect of this case through this motion. In support of this motion, the government states that this motion is necessary to provide defendants, defense counsel, and pre-trial

services with the foregoing documents to prepare for the upcoming detention hearings.

                                          Respectfully submitted,
                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                By: _____
                                   DENISE JEFFERSON CASPER
                                   CYNTHIA W. LIE
Date: March 15, 2005            Assistant U.S. Attorney