AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GEOVANE ROJAS

## WARRANT FOR ARREST

CASE NUMBER: 2005 M 0414 RBC-13

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **GEOVANE ROJAS**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute marijuana and cocaine

in violation of Title **21** United States Code, Section(s) **846**

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

**MAR 1 2 2005**
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/19/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: GEOVANE ROJAS

ALIAS:

LAST KNOWN RESIDENCE: 26 Linden Street, Apt. 2, Fitchburg, MA

LAST KNOWN EMPLOYMENT: Unknown

PLACE OF BIRTH: Mexico

DATE OF BIRTH (4 digit year): 00-00-1982

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7455

HEIGHT:                                      WEIGHT:

SEX: Male                                    RACE: Hispanic

HAIR:                                        EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: DEA -- Worcester, MA