UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. |
| ) | |
| ) | 05-mj-00419-CBS |
| V.    ) | |
| ) | |
| ) | |
| RIGOBERTO MORFIN-RODRIGUEZ, ) | |
| et al.    ) | |
| ) | |
| Defendants.    ) | |

**UNITED STATES' MOTION TO PRESERVE**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Cynthia W. Lie hereby files this Motion to Order the Drug Enforcement Administration to preserve the 582 pounds of marijuana seized in connection with this case until the trials of the defendants are completed or until the case is otherwise fully adjudicated, in the interests of justice. The marijuana seized in this case is scheduled for destruction on May 3, 2005. In the interests of justice, this Motion requests that the drugs be preserved until the case is fully adjudicated.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  */s/ Cynthia W. Lie*
CYNTHIA W. LIE
Assistant U.S. Attorney

Dated: April 4, 2005