AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST |
| --- | --- | --- | --- | --- | --- |
| V. | | | | | |
| R. MORFIN-RODRIGUEZ | | | | | Case Number: 05-419-CBS |
| J. VARGAS, J.MENDOZA, G. ROJAS | | | | | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| Charles B. Swartwood, III | Lie | Reardon, Norris, Swomley, Welsh |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/16/2005, 4/1/2005 | 9:21 A | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | | | | Witnesses |
| | | 3/16/05 | | | Michael Boyle |
| | | 4/1/05 | | | Michael Boyle |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 3/16/05 | X | X | Complaint Affidavit |
| 2 | | 3/16/05 | X | X | Synopsis of Calls |
| 3 | | 3/16/05 | ID | ONLY | Intercepted Calls re: Jesus Mendoza |
| 4 | | 3/16/05 | ID | ONLY | Transcripts of Telephone calls between the Morfin-Rodriguez's & Rojas |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages